# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF**<br><br><u>JEFFREY MILLER</u><br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Jeffrey Miller, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) is filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Jeffrey Miller, is a resident and citizen of the State of Washington and claims damages as set forth below.

3. Plaintiff's spousal claim is not applicable.

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is United States District Court for the Eastern District of Washington, Spokane Division.

6.      Plaintiff brings this action:

<u>X</u>      On behalf of himself;

## FACTUAL ALLEGATIONS

7.      On or about April 17, 2015, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of surgery at Central Washington Hospital, in Wenatchee, Washington by Dr. Daniel Ritzke.

8.      Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

9.      As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone procedures and suffered damages, including but not limited to surgical procedures for open debridement with exchange of acetabular component, polyethylene and femoral head; debridement of abdominal wall, skin subcutaneous tissue, and muscle; long term antibiotic use; impaired mobility, and continuing injuries and sequelae. Operations occurred on or about April 17, 2015; and November 17, 2016 by various providers at the Central Washington Hospital including but not limited to Dr. Daniel Ritzke and Dr. Eric Liedtke. Plaintiff endured substantial conscious pain and suffering, both physical and emotional in nature. Plaintiff incurred significant expenses for medical care and treatment and loss of earnings, and was otherwise physically, emotionally, and economically injured. Plaintiff suffered severe pecuniary loss. Plaintiff seeks actual and punitive damages from the Defendants as alleged herein. The injuries and damages alleged herein are permanent

and will continue into the future.

## ALLEGATIONS AS TO INJURIES

10.  (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__          INJURY TO HERSELF/HIMSELF

_____          INJURY TO THE PERSON REPRESENTED

_____          WRONGFUL DEATH

_____          SURVIVORSHIP ACTION

__X__          ECONOMIC LOSS

(b) Plaintiff does not make spousal claim.

11.  Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12.  The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X__          FIRST CAUSE OF ACTION - NEGLIGENCE;

__X__          SECOND CAUSE OF ACTION - STRICT LIABILITY;

          __X__          FAILURE TO WARN

          __X__          DEFECTIVE DESIGN AND MANUFACTURE

__X__          THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X__          FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF WASHINTON, Wash. Rev. Code §§ 62A.2-314, et seq.;

__X__          FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD

3

       ACT;

X   SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

X   SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

X   EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

X   NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF WASHINGTON, Wash. Rev. Code 12A §§ 19.86.010, et seq.;

X   TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

X   ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

X   TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____   THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

X   FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

Not applicable

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3.  Statutory damages and relief of the state whose laws will govern this action;

4.  Costs and expenses of this litigation;

5.  Reasonable attorneys' fees and costs as provided by law;

6.  Equitable relief in the nature of disgorgement;

7.  Restitution of remedy Defendants' unjust enrichment; and

8.  All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: April 16, 2018

Respectfully submitted,

SKIKOS CRAWFORD SKIKOS & JOSEPH

/s/ Matthew J. Skikos, Esq.
Steven J. Skikos (CA SBN 148110)
Matthew J. Skikos (CA SBN 269765)
One Sansome St., Ste. 2830
Tel: (415) 546-7300
Fax: (415) 546-7301
mskikos@skikos.com
*Attorneys for Plaintiff*